IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 21-cv-05273 |
| | ) |
| 5550 N. RIVER ROAD, ROSEMONT, LLC d/b/a HILTON ROSEMONT/CHICAGO O'HARE, | ) |
| | ) Judge Sara L Ellis |
| | ) |
| | ) Magistrate Judge Jeffrey Cummings |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant 5550 N. River Road, Rosemont, LLC d/b/a Hilton Rosemont/Chicago O'Hare, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
77 W. Washington St. Ste 1300
Chicago, IL 60602
(312) 854-3833
marshall@mjburtlaw.com


5550 N. RIVER ROAD, ROSEMONT, LLC

By: /s/ *Gary R. Clark (with consent)*
Gary R. Clark
Kaitlin M. Phillips
Quarles & Brady
300 N. LaSalle St., Ste. 4000
Chicago, Illinois 60654
(312) 715- 5000
gary.clark@quarles.com
kaitlin.phillips@quarles.com