## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Howard Cohan

                                    Plaintiff,

v.                                                                  Case No.: 1:21−cv−05273
                                                                            Honorable Sara L. Ellis

5550 N. River Road, Rosemont, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation [20] this case is voluntarily dismissed, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.